**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Truist Bank,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **No. 1:26-cv-01137-ADA-SH** |
| | § | |
| **Angela Lucia Gonzalez, Joshua Anthony Villalpando, and Aqua Finance, Inc.,** | § | |
| | § | |
| *Defendants* | § | |
| | § | |

**ORDER**

By Text Order entered September 8, 2026, the Court abated this case until October 7, 2026 pending completion of loss mitigation review.[1]

The Court **ORDERS** the parties to either submit a joint status report advising the Court whether additional time is needed to complete loss mitigation review or file a joint proposed scheduling order using Judge Albright's standard Scheduling Order by **November 12, 2026**.

**SIGNED** on October 12, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

[1] The Honorable Alan D Albright (ret.) referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 4.